AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| American Atheists, Inc., et al. | ) |
| --- | --- |
| | ) |
| v. | ) Case No.: 1:15-cv-00113-MW-GRJ |
| Levy County, Florida | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___12/03/2017___ against ___Plaintiffs___,
                                                                 *Date*
the Clerk is requested to tax the following as costs:

| | |
| --- | ---: |
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 4,725.80 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 67.60 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL $ | 4,793.40 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:   ___/s/ Horatio G. Mihet___

Name of Attorney:   Horatio G. Mihet

For:   ___Defendant, Levy County, Florida___          Date:   12/18/2017
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                      *Deputy Clerk*                        *Date*

**Veritext Mid-Atlantic**

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

#585

| | |
|---|---|
| **Invoice #:** | PA2726372 |
| **Invoice Date:** | 8/25/2016 |
| **Balance Due:** | $1,831.20 |

**Bill To:** Roger Gannam
Liberty Counsel
1053 Maitland Center Commons Boulevard
Maitland, FL, 32751

PAID

| | |
|---|---|
| **Case:** | AMERICAN ATHEISTS, INC., Et Al., v. LEVY COUNTY |
| **Job #:** | 2365333 | Job Date: 8/10/2016 | Delivery: Normal |
| **Billing Atty:** | Roger Gannam |
| **Location:** | 612 East Hathaway Avenue | Bronson, FL 32621 |
| **Sched Atty:** | Roger Gannam | Liberty Counsel |

SEP 15 2016
20274
1831.20

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Charles Ray Sparrow | Original with 1 Certified Transcript | Page | 177.00 | $4.95 | $876.15 |
| | Attendance Fee | 1 | 7.50 | $60.00 | $450.00 |
| | Exhibits - Color | Per Page | 3.00 | $1.75 | $5.25 |
| | Exhibits | Per Page | 83.00 | $0.65 | $53.95 |
| Kenneth Loukinen | Original with 1 Certified Transcript | Page | 99.00 | $4.95 | $490.05 |
| | Exhibits | Per Page | 6.00 | $0.65 | $3.90 |
| | Shipping & Handling | Package | 1.00 | $15.00 | $15.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,894.30 |
| **Payment:** | $0.00 |
| **Credit:** | ($63.10) |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,831.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

5164   9/15
(15-12)

---

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | PA2726372 |
| **Job #:** | 2365333 |
| **Invoice Date:** | 8/25/2016 |
| **Balance:** | $1,831.20 |

129941

```
                                                                    20274
     LIBERTY COUNSEL, INC          WELLS FARGO BANK, N.A.
     407-875-1776                  W. JEFFERSON BLVD.
     PO BOX 540774                                                  09/15/16
     ORLANDO, FL 32854

PAY TO THE   Veritext Mid-Atlantic                              $1,831.20
ORDER OF
             ***One Thousand Eight Hundred Thirty One *************** 20/100
                                                                         DOLLARS

             Veritext Mid-Atlantic
             PO Box 71303
             Chicago, IL 60694-1303

MEMO    Job # 2363533
                                                    [signature]
```

REF#8525561854 CK#    20274    1831.20

**JSB-Advantage Court Reporters**
305 NE 1st Street
Gainesville, FL  32601
(352) 373-7778

Gannam, Roger, Esquire
P O Box 540774
Orlando FL 32854

INVOICE NO:  981307
INVOICE DATE: 10/12/2016
REPORTER:  Rhonda Mashburn

Tax ID#   59-3350517

1:15-cv-0113
American Atheists, et al v. Levy County
Depo of Anne Brown

| Date | Description | Amount |
|---|---|---|
| 09/23/2016 | Transcript Copy (paperless discount) | 424.80 |
|  | Exhibits (scanned) | 9.20 |
|  | Sub Total: | 434.00 |
|  | Paid: | 0.00 |
|  | Balance Due: | 434.00 |

Thank you for your business!! Please return a copy of the invoice.
Now accepting Visa/Mastercard/Discover
Schedule online at www.advantagecourtreporters.com

| | |
|---|---|
| Granryum/RM | 20376 |
| LIBERTY COUNSEL, INC<br>407-875-1776<br>PO BOX 540774<br>ORLANDO, FL 32854 | WELLS FARGO BANK, N.A.<br>10/2016 |

PAY TO THE ORDER OF: JSB-Advantage Court Reporters     $434.00
*** Four Hundred Thirty Four ***00/100 DOLLARS

JSB-Advantage Court Reporters
305 NE 1st Street
Gainesville, FL 32601
981301

MEMO

⑈000203760⑈ ⑆063107513⑆ 209000072059 2⑈

REF#8723920434 CK#   20376   434.00

**JSB-Advantage Court Reporters**
305 NE 1st Street
Gainesville, FL  32601
(352) 373-7778

Gannam, Roger, Esquire
P O Box 540774
Orlando FL 32854

INVOICE NO:      981394
INVOICE DATE:  10/24/2016
REPORTER:      Karen Biery

Tax ID#   59-3350517

1:15-cv-00113

American Atheists/Sparrow v. Levy

Depo of Fred Moody

| | | | |
|---|---|---|---|
| 09/07/2016 | Transcript Copy (paperless discount) | | 434.40 |
| | Exhibits (scanned) | | 9.80 |
| | | Sub Total: | 444.20 |
| | | Paid: | 0.00 |
| | | Balance Due: | 444.20 |

Thank you for your business!! Please return a copy of the invoice.
Now accepting Visa/Mastercard/Discover
Schedule online at www.advantagecourtreporters.com

```
                    981394/Hannam/KB
                    LIBERTY COUNSEL, INC        WELLS FARGO BANK, N.A.        20420
                    407-875-1776                WELLSFARGO.COM                63-791/631
                    PO BOX 540774
                    ORLANDO, FL 32854                                          11/03/16

PAY TO THE   JSB-Advantage Court Reporters                              $    $444.20
ORDER OF
             *** Four Hundred Forty Four ******************************* 20/100
                                                                                DOLLARS

             JSB-Advantage Court Reporters
             305 NE 1st Street
             Gainesville, FL 32601

MEMO   Reporter – Bean 8/2/16 American Atheists v Levy County

       ⑈000 20420⑈  ⑇063107513⑇ 2090000720592⑈
```

REF#8122135406 CK#    20420    444.20

EOENSCDGJ8 000

**JSB-Advantage Court Reporters**
305 NE 1st Street
Gainesville, FL  32601
(352) 373-7778

| | |
|---|---|
| Gannam, Roger, Esquire<br>P O Box 540774<br>Orlando FL 32854 | INVOICE NO:       982338<br>INVOICE DATE: 02/23/2017<br>REPORTER:       Bonita Finan |

| | |
|---|---|
| 1:15-cv-00113<br>American Atheists/Sparrow v. Levy<br>Depos of Joyner, Meeks, Rooks, Stevens | Tax ID#   59-3350517 |

| Date | Description | Amount |
|---|---|---|
| 01/11/2017 | Transcript Original (paperless discount) of Michael Joyner | 181.35 |
| | Transcript Original (paperless discount) of John Meeks | 451.05 |
| | Transcript Original (paperless discount) of Lillian Rooks | 65.10 |
| | Transcript Original (paperless discount) of Daniel Stevens | 427.80 |
| | **Sub Total:** | 1,125.30 |
| | **Paid:** | 0.00 |
| | **Balance Due:** | 1,125.30 |

Thank you for your business!! Please return a copy of the invoice.
Now accepting Visa/Mastercard/Discover
Schedule online  at www.advantagecourtreporters.com

| | |
|---|---|
| Gannam/BF | 20806 |

**LIBERTY COUNSEL, INC**
407-875-1775
PO BOX 540774
ORLANDO, FL 32854

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

03/09/17

PAY TO THE ORDER OF: JSB-Advantage Court Reporters     $1,125.30

*** One Thousand One Hundred Twenty Five ************** 30/100 DOLLARS

JSB-Advantage Court Reporters
305 NE 1st Street
Gainesville, FL 32601

982338

MEMO: Reporter - Finan 2/11/17 - American Atheists v Levy County

⑈00020806⑈ ⑆063107513⑆ 2090000726542⑈

REF#8329305450 CK#    20806    1125.30

## Veritext Mid-Atlantic

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. (973) 410-4049


**VERITEXT**
LEGAL SOLUTIONS

**Bill To:** Roper & Roper
116 N Park Ave.
Apopka FL 32703-4146

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Sherlene Pinckney at 973-549-4554 or spinckney@veritext.com

**Statement Date:** 9/1/2016                                        **Total Balance Due:** $891.10

| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | Balance Due |
|---|---|---|---|---|---|---|---|---|
| PA2726374 | 8/25/2016 | 2365333 | 8/10/2016 | AMERICAN ATHEISTS, INC., Et Al., v LEVY COUNTY | Donovan A. Roper | C | 7 | $891.10 |
|  |  |  |  |  |  |  | Total: | $891.10 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $891.10 | $0.00 | $0.00 | $0.00 | $891.10 |

Please Remit Payment To:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

Fed. Tax ID: 20-3132569

Visa, Mastercard & American Express Accepted

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

```
MIQ32R01                    LIST CLAIM PAYMENTS                      04-Dec-2017
                                                                     PAGE:     1
        CLIENT: 010523 PUBLIC RISK MGMT. OF FLORIDA                    LP   CP
                                                     010523 037715 EO 01   00 027
        NAME:                                        DEPARTMENT        : 041-0105
                                                     BOARD OFFICE

        ST-TY PAY CTRL #    CHECK #      DATE    AMOUNT         PAYEE NAME
        * PAY CODE * CHECK MESSAGE                          * DATES OF SERVICE
        ----- ----------- ----------- --------- ------------ ----------------------
```



```
        CR-CP 0000452815   0136849221  09May17      125.30   LIBERTY COUNSEL, INC
        * EXP 004  * INV OF LIBERTY COUNSEL INC  DOS: 01-11-1  *
```

```
        * EXP 003  * INV #: 21116 DOS: 09/16/2016 - 10/05/201
        CR-CP 0000436031   0131202598  22Sep16      891.10   VERITEXT
        * EXP 004  * INVOICE NO: PA2726374, JOB#2365333        *

        ---------------------------------------------------------------------------
        STATUS:  IS-ISSUED       PE-PENDING     VO-VOIDED      SP-STOPPAY    AV-ADJVOID
                 CR-CLEARED      HO-HOLD        BK-BANKING     SA-STOPAGED   MV-MOVEVOID
                 HP-PREFUND HOLD

        TYPE:    CP-COMPUTER     RP-REPETITIVE  SM-STATISTICAL MOVED   MC-MANAGED CARE FEE
                 FP-FIELD PAY    ST-STATISTICAL CV-CONVERTED

        NOTE:    Recoveries are not included.
```

| Date Entry# | Paid To Explanation | Source Matter | Client Name | Ref# G/L Acct | Amount |
|---|---|---|---|---|---|
| | Total for Jun/20/2017 : | 6.56 | | | |
| Jun/21/2017 620442 | Expense Recovery Photocopies | CER 1999 | Balfour, Anne | 02417 5521 - Photocopy | 30.40 |
| | Total for Jun/21/2017 : | 30.40 | | | |
| Jul/20/2017 623969 | Expense Recovery Photocopies | CER 1999 | Balfour, Anne | 02429 5521 - Photocopy | 15.40 |
| | Total for Jul/20/2017 : | 15.40 | | | |
| Aug/24/2017 627581 | Expense Recovery Photocopies | CER 1999 | Balfour, Anne | 02434 5521 - Photocopy | 10.75 |
| | Total for Aug/24/2017 : | 10.75 | | | |
| Sep/21/2017 630180 | Expense Recovery Photocopies | CER 1999 | Balfour, Anne | 02437 5521 - Photocopy | 11.05 |
| | Total for Sep/21/2017 : | 11.05 | | | |



$67.60