# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**AMERICAN ATHEISTS, INC., AND
CHARLES RAY SPARROW,**

    *Plaintiff,*

v.    Case No. 1:15-cv-113MW/GRJ

**LEVY COUNTY, FLA.,**

    *Defendants.*

_____/

## ORDER DIRECTING EXPEDITED RESPONSE TO MOTION TO ALTER OR AMEND JUDGMENT

Plaintiffs filed their motion to alter or amend judgment on January 2, 2018. ECF No. 69. In accordance with Local Rule 7.1(E), Defendant is directed to file an expedited response to Plaintiffs' motion, if any, on or before Wednesday, January 10, 2018.

**SO ORDERED on January 3, 2018.**

                                        s/Mark E. Walker         
                                        **United States District Judge**